Rel: December 13, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0069

David Schepperle and Kimberly Schepperle v. Renee Cohen, Renee N. Cohen Living Trust, and Brian Schepperle (Appeal from Jefferson Circuit Court: CV-23-900829).

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Shaw, Mendheim, and Mitchell, JJ., concur.